```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**MARLON WALDEMAR CARDON LOPEZ,**

          Plaintiff,

  - against -

**CHELSEA MARKET DELI LLC, ET AL.,**

          Defendants.

───────────────────────────────────────

**23-cv-3996 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The time for the defendants to respond to the complaint is extended to **September 7, 2023.** If the defendants fail to respond by that date, the plaintiff may move by order to show cause for default judgments against the defendants by **September 28, 2023.** If the plaintiff fails to move for default judgments by that date, the case will be dismissed without prejudice for failure to prosecute.

The plaintiff is directed to serve a copy of this Order on the defendants and to file proof of service on the docket by **August 25, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 18, 2023**

                                        /s/ John G. Koeltl
                                        ──────────────────────────
                                            **John G. Koeltl**
                                **United States District Judge**