UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARLON WALDEMAR CARDONA LOPEZ
a/k/a CARDONA LOPEZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

  v.

CHELSEA MARKET DELI LLC
     d/b/a FRIEDMAN'S
PHILLIPS 35 INC.
     d/b/a FRIEDMAN'S
FRIEDMAN'S 31ST STREET LLC
     d/b/a FRIEDMAN'S
FRIEDMAN'S 47TH LLC
     d/b/a FRIEDMAN'S
PAG 72ND STREET INC
     d/b/a FRIEDMAN'S
JONAH'S PASTRAMI LLC
     d/b/a FRIEDMAN'S
FRIEDMAN'S ON GRAND LLC
     d/b/a FRIEDMAN'S
JONAH PHILLIPS, and
ALAN PHILLIPS,
                Defendants.

**Case No.**: 1:23-cv-03996

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants CHELSEA MARKET DELI LLC, d/b/a FRIEDMAN'S, PHILLIPS 35 INC. d/b/a FRIEDMAN'S, FRIEDMAN'S 31ST STREET LLC, d/b/a FRIEDMAN'S, FRIEDMAN'S 47TH LLC, d/b/a FRIEDMAN'S, PAG 72ND STREET INC, d/b/a FRIEDMAN'S, JONAH'S PASTRAMI LLC, d/b/a FRIEDMAN'S, FRIEDMAN'S ON GRAND LLC, d/b/a FRIEDMAN'S and JONAH PHILLIPS, and ALAN PHILLIPS (collectively "Defendants"), having offered to allow Plaintiff MARLON WALDEMAR CARDONA LOPEZ a/k/a CARDONA LOPEZ ("Plaintiff") to take a judgment against them, in the sum of Seven Thousand Five Hundred and No Cents ($7,500.00), to resolve all of Plaintiff's individual claims against Defendants in his Complaint in the above

captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 28, 2023 and filed as Exhibit A to Docket Number 11;

**WHEREAS**, on August 31, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 11);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff MARLON WALDEMAR CARDONA LOPEZ a/k/a CARDONA LOPEZ, in the sum of $7,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 28, 2023 and filed as Exhibit A to Docket Number 11. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023         _____
   New York, New York                                    U.S.D.J.